THE PEOPLE OF THE STATE OF NEW YORK ex rel. KESTER SANDY, Appellant, v HAROLD D. GRAHAM, Superintendent,

Auburn Correctional Facility, Respondent. [986 NYS2d 372]—Motion for leave to appeal to the Court of Appeals denied. Present—Fahey, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.